*Messrs. Charles R. Allen, Howard T. Kingsbury, Hugo Mock,* and *Asher Bloom* for petitioner. *Mr. Lorenzo D. Armstrong* for respondents.

---

No. 926. MAISON DORIN SOCIETE ANONYME *v.* JOHN W. ARNOLD, DAN H. ARNOLD, ADELAIDE F. ARNOLD, ET AL., ETC. April 11, 1927, Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Charles R. Allen* for petitioner. *Mr. Lorenzo D. Armstrong* for respondents.

---

No. 928. UNION TRUST COMPANY OF MARYLAND *v.* CHAPMAN A. PECK, TRUSTEE. April 11, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Walter H. Buck* for petitioner. *Messrs. G. Ridgely Sappington* and *Charles G. Baldwin* for respondent.

---

No. 932. LOUISE TAYLOR *v.* SOUTHERN RAILWAY COMPANY. April 11, 1927. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. William H. DeLacy* and *William C. DeLacy* for petitioner. No appearance for respondent.

---

No. 933. ROBERT MURPHY AND EDWARD CAPLES, ET AL., AS TRUSTEES AND EXECUTORS OF MRS. M. A. CAPLES, DECEASED *v.* FRANK W. VELLACOTT, AS TRUSTEE IN BANKRUPTCY OF ESTATE OF JOSEPH CAPLES, BANKRUPT. April 11, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John W. Morrow* for petitioners. *Mr. William H. Burges* for respondent.